UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE TODD W. ROBINSON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY RAMOS (1) and<br><br>JESUS OJEDA-MIRANDA (2)<br><br>    Defendant. | CASE NO.:  23CR0964-TWR<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date currently scheduled for June 28, 2023, at 1:30 PM be continued to July 28, 2023. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), for the reasons stated in the joint motion and incorporated herein by reference.

Defendant Anthony Miguel Ramos shall sign and file an acknowledgement of the next court date within 48 hours of this Order being entered.

DATE: 6/15/2023

_____
The Honorable Todd W. Robinson
United States District Court

1